*Arthur K. Bolton, Attorney General,* for appellee.

## 28413. TRICE v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 9, 1974.

Marvin Trice, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28115. BLOODWORTH v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1974.

Lawrence Bloodworth, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28225. SCOTT v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1974.